```
 1
 2
 3
 4
 5                    UNITED STATES DISTRICT COURT
 6                          DISTRICT OF NEVADA
 7                                 * * *
 8  JOE RABB,                      )
                                   )        2:10-cv-00698-PMP-PAL
 9              Plaintiff,         )
                                   )
10  vs.                            )
                                   )
11  GATOR MACHINERY COMPANY, et al.,)
                                   )
12                                 )
                Defendants.        )
13                                 )
```

14         Before the Court for consideration are the following fully briefed motions:

15         1.     Defendant Gator Machinery Company, Inc.'s Motion to Dismiss

16  Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction and for

17  Failure to State a Claim (Doc. #7);

18         2.     Plaintiff's Counter Motion to Amend Complaint (Doc. #14); M    3.

19  Defendant Cosco Container Lines Americas, Inc.'s Limited Joinder in Gator

20  Machinery Company, Inc.'s Motion to Dismiss (Doc. #16).

21         Having read and considered the foregoing, the Court finds that Plaintiff

22  has failed to establish this Court's personal jurisdiction over Defendant Gator

23  Machinery, and further that Plaintiff has failed to state a viable claim for relief

24  against Defendant Gator Machinery.  The Court further finds Plaintiff's claim for

25  negligence per se should be dismissed for failure to state a claim upon which relief

26  may be granted in accord with Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The Court further finds, however, that leave should be granted pursuant to Rule 15 of the Federal Rules of Civil Procedure to permit Plaintiff to amend his complaint within thirty (30) days of the date of this order.

**IT IS THEREFORE ORDERED** that Defendant Gator Machinery Company, Inc.'s Motion to Dismiss (Doc. #7) is **GRANTED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant Cosco Container Lines Americas, Inc.'s Motion to Dismiss Plaintiff's Claim for Negligence Per Se (Doc. #16) is **GRANTED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Counter Motion to Amend Complaint (Doc. #14) is **GRANTED** to the extent that Plaintiff shall have thirty (30) days from the date of this order within to file an amended complaint curing the deficiencies identified by Defendants to the extent Plaintiff can do so.

DATED: August 9, 2010.

_____
PHILIP M. PRO
United States District Judge